**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

BRANDON EICKHOFF, et al.

      Plaintiffs,

    v.

BRANDON YOUNGBLOOD, et al,

      Defendants.

Civil Action No. 1:25-cv-01406-PTG-LRV

## SUGGESTION OF STAY

Please take notice that on September 10, 2025, Brandon Michael Youngblood filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, commencing case no. 25-11869 (Bankr. E.D. Va.).  Pursuant to §362 of the Bankruptcy Code, all legal proceedings against Brandon Michael Youngblood are automatically stayed.

Dated: September 10, 2025

Respectfully submitted,

      /s/  Robert T. Hicks
Robert T. Hicks (VSB# 45462)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Boulevard
5th Floor
Arlington, Virginia 22102
(703) 525-4000 (Telephone)
(703) 525-2207 (Fax)
rhicks@beankinney.com

***COUNSEL FOR BRANDON YOUNGBLOOD***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2025, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification and via Email to the following.

Lewis P. Rhodes
John A. Bonello
2100 Reston Parkway
Suite 450
Reston, Virginia 20191
(703) 483-2810
(703) 264-22226
LRhodes@RestonLaw.com
JBonello@RestonLaw.com

/s/ *Robert T. Hicks*
Counsel

2